**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | \| | |
| | \| | **Chapter 13** |
| **William Deante Farley,** | \| | |
| | \| | |
| **DEBTOR(S).** | \| | Case no:    17-62890-BEM |
| | \| | |

**NOTICE RESCHEDULING CONFIRMATION HEARING**

Notice is hereby given that the **Confirmation Hearing** in the above-referenced Chapter 13 case has been rescheduled and shall take place:

AT:	Richard B. Russell Federal Building
	75 Ted Turner Drive, SW
	Courtroom 1402
	Atlanta, GA 30303

ON:	November 7, 2017
AT:	1:00pm


						Respectfully submitted,



						/s/  Carson Walden_____
						Carson Walden
						Attorney for the Debtor
						GA Bar No.: 942889
						Walden, Goodhart, Harden & New, LLC
						315 W. Ponce de Leon Avenue, Suite 757
						Decatur, GA 30030
						404.884.8315   / 404.924.7051 fax
						cwalden@wghnlaw.com

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN THE MATTER OF: | |
| | Chapter 13 |
| **William Deante Farley,** | |
| DEBTOR(S). | Case no:     17-62890-BEM |

**CERTIFICATE OF SERVICE**

      I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Order on Debtor's Motion to Reconsider the Order of Dismissal and the Notice Rescheduling Confirmation Hearing upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

William Deante Farley
1005 Baldwin Street SW
Apt 9103
Atlanta, GA 30310

*(See attached for additional mailing list)*

      I further certify that, by agreement of parties, Mary Ida Townson, Standing Chapter 13 Trustee, was served via ECF.

Dated:  October 2, 2017

/s/  Carson Walden_____
Carson Walden
Attorney for the Debtor
GA Bar No.: 942889
Walden, Goodhart, Harden & New, LLC
315 W. Ponce de Leon Avenue, Suite 757
Decatur, GA 30030
404.884.8315     / 404.924.7051 fax
cwalden@wghnlaw.com

Brack & Westee, P.C.
Attn: Gregory Herbert Brack
378 Lawrence Street
Marietta, GA 30060

Capital One
15000 Capital One Dr
Richmond, VA 23238

Centralized Insolvency
Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

DeKalb County DFCS
178 Sams Street
Decatur, GA 30030-4134

Dept Of Education/neln
3015 Parker Rd
Aurora, CO 80014

Dept. of Justice, Tax Division
Civil Trial Section, Southern
PO Box 14198; Ben Franklin Sta
Washington, DC 20044

Georgia Department of Revenue
Compliance Div ARCS Bankruptcy
1800 Century Blvd NE, Ste 9100
Atlanta, GA 30345-3202

Iesha Hammonds
1005 Baldwin Street SW
Apt 9103
Atlanta, GA 30310

Internal Revenue Service
401 W Peachtree St NW
Stop 334-D
Atlanta, GA 30308

Odette Renay MacFarland
2121 Twin Court
Decatur, GA 30034

Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

Portfolio Recovery Associates
PO Box 41067
Norfolk, VA 23541

Rentrecovery
2814 Spring Rd
Atlanta, GA 30339-2062

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161

Special Assistant US Attorney
401 W. Peachtree Street, NW
STOP 1000-D, Suite 600
Atlanta, GA 30308

U S Dept Of Ed/Gsl/Atl
Po Box 5609
Greenville, TX 75403

UAA
PO Box 960068
Riverdale, GA 30296

United States Attorney General
Main Justice Building
10th and Constitution Ave, NW
Washington, DC 20530

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

US Attorney, N District of GA
Civil Div, Attn: Civil Clerk
75 Spring Street SW, Suite 600
Atlanta, GA 30303-3309

Us Auto Finance/us Aut
824 N Market St Ste 220
Wilmington, DE 19801

Wells Fargo Bank
Po Box 14517
Des Moines, IA 50306